JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jenkins, Denzell

**DEFENDANTS**

Everette, Brandon Blaze; Brown, Marion; City of Jackson, Alabama

**(b)** County of Residence of First Listed Plaintiff   Clarke County, AL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Robert H. Turner, Sr., Turner and Turner, P.O. Box 929, 417 Washington Street, Marion, Alabama, 36756

Attorneys *(If Known)*

See attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983

Brief description of cause:
Alleged deprivations of Fourth and Fourteenth Amendment rights under color of law

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
$375,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 2/17/2023 | /s/ Thomas O. Gaillard, III |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Attorneys for the Defendants

Defendant Brandon Blaze Everette has not been served.

Attorney for Defendant Marlon Brown (incorrectly identified as Marion Brown in the complaint):
Thomas O. Gaillard, III
Alabama State Bar ASB-9459-L48T
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
P.O. Box 2767
Mobile, Alabama 36652
Tel. (251) 432-5521
Fax (251) 432-0633
Email: tog@helmsinglaw.com

Attorney for Defendant the City of Jackson, Alabama:
James H. Pike
Alabama State Bar ASB-5168-P63J
SHEALY, PIKE & HORNSBY
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@shealypikelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DENZELL JENKINS,                              )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )          Case No. 1:23-cv-0062
                                             )
BRANDON BLAZE EVERETTE,                      )
CITY OF JACKSON, ALABAMA,                    )
a municipal corporation, MARLON              )
BROWN, individually and as agent             )
and servant of the City of Jackson,          )
Alabama, John Doe, Jane Doe                  )
fictitious parties who are unknown           )
but meaning any party who struck             )
plaintiff or tased plaintiff on or           )
about July 29, 2022 in Clarke                )
County, Alabama,                             )
                                             )
        Defendants.                          )

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1343, 1367, 1441, and 1446, defendants (a) Marion [sic] Brown[1],

individually and as agent and servant of the City of Jackson, and (b) the City of Jackson, Alabama,

give notice of removal of this action to the United States District Court for the Southern District of

Alabama, Southern Division. As grounds for removal, the City and Brown state:

1.      The grounds for removal of this action are (1) federal question jurisdiction under 28

U.S.C. § 1331 and (2) civil rights jurisdiction under 28 U.S.C. § 1343. The complaint asserts 42

U.S.C. § 1983 claims for excessive force against Brown and the City under the United States

Constitution's Fourth and Fourteenth Amendments. (Compl. at 3-4, ¶¶ 17-28.)

---

[1] The first name of the defendant identified as Marion Brown in the complaint is actually "Marlon."

1

2.  To the extent that all of the Plaintiff's state law claims are properly joined in this action, the Court has supplemental jurisdiction over those claims under 28 U.S.C. § 1367. (*See* Compl. at 2-3, ¶¶ 10-16.)

3.  To the extent that the Plaintiff's state law claim against defendant Brandon Blaze Everette is not within the original or supplemental jurisdiction of this Court, removal is still proper under 28 U.S.C. § 1441(c).

4.  This Notice of Removal is filed within thirty days of the first defendant's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based. The City and Brown were served February 3, 2023. Everette has not been served. (*See* Attached USPS Certified Mail Tracking Information.)

5.  All defendants properly joined and served in this action join in this Notice of Removal and consent to removal.

6.  This action is removed from the Circuit Court of Clarke County, Alabama, which lies within the Southern Division of the Southern District of Alabama. *See* 28 U.S.C. § 81(c)(2).

7.  Copies of all process, pleadings, and orders served upon these defendants in this action are attached to this Notice.

8.  Notice of the filing of this Notice of Removal will be promptly served on the Plaintiff's counsel of record and Brandon Blaze Everette and filed with the Clerk of Court for Clarke County, Alabama.

9.  This Notice is signed by counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

/s/ *Thomas O. Gaillard, III*

Thomas O. Gaillard, III
Alabama State Bar ASB-9459-L48T
HELMSING, LEACH, HERLONG, NEWMAN &
ROUSE, P.C.
P.O. Box 2767
Mobile, Alabama 36652
Tel. (251) 432-5521
Fax (251) 432-0633
Email: tog@helmsinglaw.com

Attorney for Defendant Marlon Brown (incorrectly
identified as Marion Brown in the complaint)

/s/ *James H. Pike*[2]

James H. Pike
Alabama State Bar ASB-5168-P63J
SHEALY, PIKE & HORNSBY
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@shealypikelaw.com

Attorney for Defendant
The City of Jackson, Alabama

---

[2] Thomas O. Gaillard, III has the express consent of James H. Pike to affix his electronic signature to this document.

3

## CERTIFICATE OF SERVICE

I, Thomas O. Gaillard, III, certify that on February 17, 2023, I mailed a copy of this document, postage prepaid and properly addressed, to:

Robert H. Turner, Sr.
TURNER and TURNER
P.O. Box 929
417 Washington Street
Marion, Alabama 36756

Brandon Blaze Everette
622 W. Clinton St.
Jackson, AL 36545

James H. Pike
SHEALY, PIKE & HORNSBY
P.O. Box 6346
Dothan, Alabama 36302-6346

The City of Jackson
P.O. Box 1096
400 Commerce Street
Jackson, AL 36545

/s/ Thomas O. Gaillard, III
Thomas O. Gaillard, III

4

United States Postal Service
Certified Mail Tracking History
for 7022 0410 0003 3313 7095

Case 1:23-cv-00062-JB-N    Doc# 1    Filed 02/17/23    Page 8 of 40    PageID# 8

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70220410000333137095

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**

February 8, 2023

**Notice Left (No Authorized Recipient Available)**

JACKSON, AL 36545
February 3, 2023, 2:15 pm

**Arrived at Post Office**

JACKSON, AL 36545
February 3, 2023, 7:48 am

**Hide Tracking History**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                      ⌄

---

Case 1:23-cv-00062-JB-N   Doc# 1   Filed 02/17/23   Page 9 of 40   PageID# 9

## Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

Process, Pleadings, and Orders

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: THOMAS GAILLARD**

*alacourt.com*

County: **16**    Case Number: **CV-2023-900008.00**    Court Action:

Style: **DENZELL JENKINS V. CITY OF JACKSON ET AL**

**Real Time**

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **16-CLARKE** | Case Number: | **CV-2023-900008.00** | Judge: | **CRM:C ROBERT MONTGOMERY** |
| Style: | **DENZELL JENKINS V. CITY OF JACKSON ET AL** | | | | |
| Filed: | **01/27/2023** | Case Status: | **ACTIVE** | Case Type: | **CIVIL RIGHTS** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **3** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: | **:** | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

#### Comments

Comment 1:

Comment 2:

#### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | **01/27/2023** | Updated By: **AJA** |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - JENKINS DENZELL

##### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **JENKINS DENZELL** | | Type: | **I-INDIVIDUAL** |
| Index: | **D CITY OF JACK** | Alt Name: | | Hardship: **No** | JID: | **CRM** |
| Address 1: | **6767 HWY 43 NORTH** | | | Phone: **(334) 000-0000** | | |

Address 2:
City: **JACKSON**   State: **AL**   Zip: **36545-0000**   Country: **US**
SSN: **XXX-XX-X302**   DOB: **08/28/1992**   Sex: **M**   Race:

### Court Action

Court Action:                                                    Court Action Date:
Amount of Judgement: **$0.00**          Court Action For:       Exemptions:
Cost Against Party: **$0.00**            Other Cost: **$0.00**   Date Satisfied:
Comment:                                                         Arrest Date:
Warrant Action Date:                    Warrant Action Status:  Status Description:

### Service Information

Issued:           Issued Type:           Reissue:              Reissue Type:
Return:           Return Type:           Return:               Return Type:
Served:           Service Type           Service On:           Notice of No Answer: / Served By:
Answer:           Answer Type:           Notice of No Service:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | TUR016 | | TURNER ROBERT HENRY | RTURNERSR@ TURNERANDTURNER. LAWYER | (334) 683-4111 |

## Party 2 - Defendant GOVERNMENT - CITY OF JACKSON

### Party Information

Party: **D001-Defendant**   Name: **CITY OF JACKSON**   Type: **G-GOVERNMENT**
Index: **C JENKINS DENZ**   Alt Name:   Hardship: **No**   JID: **CRM**
Address 1: **P O BOX 1096**   Phone: **(334) 000-0000**
Address 2: **400 COMMERCE ST**
City: **JACKSON**   State: **AL**   Zip: **36545-0000**   Country: **US**
SSN: **XXX-XX-X999**   DOB:   Sex:   Race:

### Court Action

Court Action:                                                    Court Action Date:
Amount of Judgement: **$0.00**          Court Action For:       Exemptions:
Cost Against Party: **$0.00**            Other Cost: **$0.00**   Date Satisfied:
Comment:                                                         Arrest Date:
Warrant Action Date:                    Warrant Action Status:  Status Description:

### Service Information

Issued: **01/27/2023** Issued Type: **C-CERTIFIED MAIL**   Reissue:   Reissue Type:
Return:           Return Type:           Return:               Return Type:
Served: **02/03/2023** Service Type **C-CERTIFIED MAIL**   Service On:   Notice of No Answer: / Served By:
Answer:           Answer Type:           Notice of No Service:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - BROWN OFFICER MARION

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | BROWN OFFICER MARION | | Type: | | I-INDIVIDUAL |
| Index: | C JENKINS DENZ | Alt Name: | | Hardship: No | JID: | | CRM |
| Address 1: | JACKSON POLICE DEPT | | | Phone: | (334) 000-0000 | | |
| Address 2: | 350 COMMERCE ST | | | | | | |
| City: | JACKSON | State: | AL | Zip: | 36545-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 01/27/2023 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | 02/03/2023 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 4 - Defendant INDIVIDUAL - EVERETTE BRANDON BLAZE

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | EVERETTE BRANDON BLAZE | | Type: | | I-INDIVIDUAL |
| Index: | C JENKINS DENZ | Alt Name: | | Hardship: No | JID: | | CRM |
| Address 1: | 622 W CLINTON ST | | | Phone: | (334) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | JACKSON | State: | AL | Zip: | 36545-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | 10/11/1981 | Sex: | M | Race: | |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 01/27/2023 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | | Service Type | Service On: | Notice of No Answer: Served By: | |
| Answer: | | Answer Type: | Notice of No Service: | | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $25.83 | $25.83 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $22.07 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $356.00 | $356.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | LSF3 | C001 | 000 | $25.00 | $25.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $551.83 | $573.90 | -$22.07 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | CREDIT | CONV | 2023077 | 19212100 | $22.07 | C001 | 000 | | N | | | JEJ |
| 01/30/2023 | RECEIPT | AOCC | 2023077 | 19212200 | $25.83 | C001 | 000 | | N | | | JEJ |
| 01/30/2023 | RECEIPT | CV05 | 2023077 | 19212300 | $356.00 | C001 | 000 | | N | | | JEJ |
| 01/30/2023 | RECEIPT | JDMD | 2023077 | 19212400 | $100.00 | C001 | 000 | | N | | | JEJ |
| 01/30/2023 | RECEIPT | LSF3 | 2023077 | 19212500 | $25.00 | C001 | 000 | | N | | | JEJ |
| 01/30/2023 | RECEIPT | VADM | 2023077 | 19212600 | $45.00 | C001 | 000 | | N | | | JEJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 1/27/2023 | 2:31 PM | ECOMP | COMPLAINT E-FILED. | TUR016 |
| 1/27/2023 | 2:31 PM | FILE | FILED THIS DATE: 01/27/2023          (AV01) | AJA |
| 1/27/2023 | 2:31 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 1/27/2023 | 2:31 PM | ASSJ | ASSIGNED TO JUDGE: C ROBERT MONTGOMERY     (AV01) | AJA |
| 1/27/2023 | 2:32 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 1/27/2023 | 2:32 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 1/27/2023 | 2:32 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 1/27/2023 | 2:32 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 1/27/2023 | 2:32 PM | C001 | C001 PARTY ADDED: JENKINS DENZELL          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | C001 | LISTED AS ATTORNEY FOR C001: TURNER ROBERT HENRY | AJA |
| 1/27/2023 | 2:32 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D001 | D001 PARTY ADDED: CITY OF JACKSON          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D001 | CERTIFIED MAI ISSUED: 01/27/2023 TO D001   (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D002 | D002 PARTY ADDED: BROWN OFFICER MARION     (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D002 | CERTIFIED MAI ISSUED: 01/27/2023 TO D002   (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D003 | D003 PARTY ADDED: EVERETTE BRANDON BLAZE   (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D003 | CERTIFIED MAI ISSUED: 01/27/2023 TO D003   (AV02) | AJA |
| 1/27/2023 | 2:32 PM | D003 | D003 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 1/31/2023 | 11:06 AM | ESCAN | SCAN - FILED 1/31/2023 - CERTIFIED MAIL | JEJ |

| 2/8/2023 | 1:23 PM | D002 | SERVICE OF CERTIFIED MAI ON 02/03/2023 FOR D002 | JEJ |
| 2/8/2023 | 1:24 PM | D001 | SERVICE OF CERTIFIED MAI ON 02/03/2023 FOR D001 | JEJ |
| 2/8/2023 | 1:24 PM | ESERC | SERVICE RETURN | JEJ |
| 2/8/2023 | 1:24 PM | ESERC | SERVICE RETURN | JEJ |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 1/27/2023 2:31:20 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 1/27/2023 2:31:20 PM | 2 | COMPLAINT | | 5 |
| 1/27/2023 2:31:21 PM | 3 | REQUEST FOR PRODUCTION(R34) | REQUEST FOR PRODUCTION | 2 |
| 1/27/2023 2:31:21 PM | 4 | SUPPORTING DOCUMENT | SUMMONS B EVERETTE | 1 |
| 1/27/2023 2:31:21 PM | 5 | SUPPORTING DOCUMENT | SUMMONS CITY OF JACKSON | 1 |
| 1/27/2023 2:31:21 PM | 6 | SUPPORTING DOCUMENT | SUMMONS OFFICER BROWN | 1 |
| 1/27/2023 2:32:53 PM | 7 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 1/27/2023 2:32:54 PM | 8 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 3 |
| 1/31/2023 11:06:37 AM | 9 | CERTIFIED MAIL | | 3 |
| 2/8/2023 1:24:31 PM | 10 | SERVICE RETURN | SERVICE RETURN | 1 |
| 2/8/2023 1:24:43 PM | 11 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 2/8/2023 1:24:51 PM | 12 | SERVICE RETURN | SERVICE RETURN | 1 |
| 2/8/2023 1:24:56 PM | 13 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>16<br><br>Date of Filing:<br>01/27/2023 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### DENZELL JENKINS v. CITY OF JACKSON ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☐ Individual ☑ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☑ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ YES  ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

TUR016     1/27/2023 2:31:15 PM     /s/ ROBERT HENRY TURNER SR.
_____     _____     _____
           Date                     Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES  ☐ NO

DOCUMENT 2

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| **DENZELL JENKINS**<br>    **Plaintiff,**<br><br>    vs.<br><br>**BRANDON BLAZE EVERETTE,**<br>**City of Jackson Alabama, a Municipal**<br>**Corporation, Marion Brown,**<br>**individually and as agent and servant**<br>**of the  City of Jackson, Alabama,**<br>**John Doe, Jane Doe fictitious parties**<br>**who are unknown but meaning any**<br>**party who struck plaintiff or tased**<br>**plaintiff on or about July 29, 2022 in**<br>**Clarke County, Alabama.**<br>    **Defendants.** | ]<br>]<br>]<br>]    **CASE NO.: -CV-2023-**<br>]<br>}<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## COMPLAINT

COMES now the Plaintiff in the above styled matter and makes the following complaints against the defendants; **BRANDON BLAZE EVERETTE, CITY OF JACKSON, ALABAMA** , a Municipal Corporation, **MARION BROWN**, individually and  as agent and servant of the City of Jackson, Alabama, John Doe, Jane Doe, fictitious parties who are unknown but meaning any party who struck plaintiff or tased plaintiff on or about July 29, 2022 in Clarke County, Alabama, to wit:

## STATEMENT OF FACTS

(1)   Plaintiff is a resident of the State of Alabama as are defendants **BRANDON BLAZE EVERETTE,** and **MARION BROWN.**

(2) Defendant, **CITY OF JACKSON, ALABAMA**  is a municipal corporation organized under the laws of the State of Alabama.

(3) On or about, July 29, 2022, plaintiff visited a restaurant in Jackson, Alabama and placed an order.

(4) Defendant **BRANDON BLAZE EVERETTE**, was present at the same time and place as plaintiff.

(5) Plaintiff received his order and was attacked without provocation by defendant **EVERETTE.**

(6) Plaintiff called the Jackson City Police Department for assistance.

(7) Defendant **MARION BROWN** responded.

(8) Defendant **BROWN** tased plaintiff. The force applied was not reasonable or necessary; rather it was excessive.

(9) Plaintiff received injuries from the assault, and from the taser.

## COUNT I

(10) Plaintiff alleges that the actions of defendant "**EVERETTE**" constitutes an assault and battery.

(11) As a proximate result of the actions of defendant "**EVERETTE**" plaintiff suffered the following injuries and damages:

    a. Pain and Suffering,

    b. Broken bones,

    c. Inconvenience,

    d. Medical and hospital bills, and

    e. Emotional Distress.

**WHEREFORE,** plaintiff claims of the defendant **BRANDON BLAZE EVERETTE** in the form of a judgment the sum of One Hundred Thousand and ($100,000.00) no/100 Dollars.

## COUNT II

(12) Plaintiff **DENZELL JENKINS** was on the dates complained of a citizen of Jackson, Alabama.

(13) Defendant **CITY OF JACKSON**, Alabama, is a municipal corporation organized and existing under the laws of the State of Alabama, Marion Brown on or about July 29, 2022, was employed by the City of Jackson Alabama as a police officer

(14) On or about July 29, 2022, plaintiff called for assistance as he was under attack.

(15) Defendant **MARION BROWN** answered the call and without provocation, or reason tased Plaintiff.

(16) The force used by defendant **BROWN** was excessive in as much as plaintiff was not resisting, was unarmed, was not attempting to evade arrest by flight, and the damage inflicted was severe and permanent. These actions constitute use of excessive force and an assault and battery.

**WHEREFORE,** plaintiff demands of the defendant, **MARION BROWN,** separately and severally in the form of a judgment the sum of One Hundred Thousand and ($100,000.00) no/100 Dollars.

## COUNT III
## VIOLATION OF 42 U.S. C.
## INDIVIDUALS

Plaintiff reiterates the averments set forth in his statement of facts and states further that:

(17) Defendant **MARION BROWN** while acting under the color of State law deprived plaintiff of rights secured to him, under the fourth and fourteenth amendments, by the Constitutions and laws of the United States in the manner set forth in his "Statement of Facts."

(18) Plaintiff says that the referenced conduct violated 42 U. S. C. Section 1983.

(19) Plaintiff was damaged as he suffered injuries to his wrist, mental anguish, emotional distress, loss of freedom, scarring and medical expenses to make himself well.

(20) Plaintiff claims attorney fees and expenses as allowed under 42 U.S.C. 1988.

(21) Plaintiff claims punitive damages of defendants because of their willful, gross, and oppressive conduct.

**WHEREFORE,** Plaintiff claims of the defendants, **MARION BROWN and CITY OF JACKSON, ALABAMA,** separately and severally in the form of a judgment in the sum of one hundred seventy five thousand ( $175,000.00 ) 00/100 dollars.

## COUNT IV
## VIOLATION OF 42 U.S. C. 1983
## MUNICIPALITY

(22)  Defendant, **JACKSON, ALABAMA** is a municipal Corporation organized and existing under the laws of the State of Alabama.

(23)  Defendant **MARION BROWN** was  on or about July 29, 2022 employed by the City of Jackson as police officers.

(24)  Plaintiff reiterates the averments set forth in his statement of facts.

(25)  The conduct of defendant **BROWN** was done under color of State law and pursuant to the policy of the City of Jackson, Alabama, or to a custom or practice endorsed or approved by the City of Jackson, Alabama.

(26)  Defendants actions violated 42 U.S.C. Section 1983.

(27)  Plaintiff suffered broken bones and dislocations. He suffered mental anguish, emotional distress, and loss of freedom.

(28)  Plaintiff also claims punitive damages of the defendant **JACKSON, ALABAMA** in the amount to be set by a struck jury and in the form of a judgment.

## COUNT V

(29)  Plaintiff reiterates his "Statement of Facts" and claims further against John Doe, Jane Doe and XYZ Corporations, unknown parties but meaning any person or entity who answered any calls for assistance from defendant **BROWN,** took part in any arrest and confinement of plaintiff on or about July 29, 2022.

(30) Plaintiff claims of any fictitious parties so found in the form of a judgment amount to be determined by a struck jury.

Respectfully,

/s/Robert H. Turner, Sr.
Robert H. Turner, Sr.  (TUR-016)
Attorney for Plaintiff

**OF COUNSEL:**
TURNER and TURNER
P. O. BOX 929
417 Washington Street
Marion, Alabama  36756
(334) 683-4111 (Office)
(334) 683-4180 )Facsimile)
rturneratty@bellsouth.net

**PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY**

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS                    ]
    Plaintiff,                    ]
                              ]
    vs.                    ]      CASE NO.: -CV-2023-
                              ]
BRANDON BLAZE EVERETTE,            ]
City of Jackson Alabama, a Municipal   ]
Corporation, Marion Brown,            ]
individually and as agent and servant   ]
of the City of Jackson, Alabama,       ]
John Doe, Jane Doe fictitious parties   ]
who are unknown but meaning any        ]
party who struck plaintiff or tased     ]
plaintiff on or about July 29, 2022 in   ]
Clarke County, Alabama.               ]
    Defendants.                ]

## REQUEST FOR PRODUCTIONOF DOCUMENTS
## AND THINGS

COMES NOW the plaintiff and request that the Defendant, The City of Jackson, Alabama produce for copying and inspection, pursuant to the Alabama Rules of Civil Procedure the following documents and things:

(1) Any footage from cameras of and concerning plaintiff's arrest, booking and placement in the City's Jail on July 29, 2022.

(2) Arrest report, incident reports, and any other reports, forms or documents concerning plaintiff, made or taken on July 29, 2022.

(3) The name of the police officer or officers who responded to a call on 7/29/2022 at 23:44, at 207 S. Kimball, Jackson, Alabama involving Plaintiff Denzell Jenkins.

(4) The name of any and all officers participating in the apprehension, arrest, booking, confinement or supervision on July 29, 2022 of Plaintiff, Denzell Jenkins.

(5) Copies of Complaints of excessive force received by you within the last five years.

(6) A copy of Officer Marion Brown's personnel file.

(7) Copies of the any disciplinary actions on Officer Marion Brown.

(8) E-911 records made of a call pertaining to the incident alleged in the complaint.

(9) A copy of the Officer Brown's tazer certification.

(10) Identification and documents of all complaints alleging excessive force arrest for the years 2021 and 2022.

(11)  The number of officers terminated or disciplined for the use of excessive force at arrest, booking and/or confinement within the last five (5) years.

Respectfully,

/s/Robert H. Turner, Sr.
Robert H. Turner, Sr.  (TUR-016)
Attorney for Plaintiff

**OF COUNSEL:**
TURNER and TURNER
P. O. BOX 929
417 Washington Street
Marion, Alabama  36756
(334) 683-4111 (Office)
(334) 683-4180 )Facsimile)
rturneratty@bellsouth.net

**PLEASE SERVE REQUEST FOR PRODUCTION WITH SUMMONS AND COMPLAINT**

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS                              ]
    Plaintiff,                            ]
                                           ]
vs.                                           ]          CASE NO.: CV-2023-
                                           ]
BRANDON BLAZE EVERETTE,                       ]
City of Jackson Alabama, a Municipal          ]]
Corporation, Marion Brown,                    ]
individually and as agent and servant         ]
of the City of Jackson, Alabama,              ]
John Doe, Jane Doe fictitious parties         ]
who are unknown but meaning any               ]
party who struck plaintiff or tased           ]
plaintiff on or about July 29, 2022 in        ]
Clarke County, Alabama.                       ]
    Defendants.                           ]

## SUMMONS

Service by certified mail of this Summons is initiated upon the written request of Plaintiff's attorney pursuant to Rule 4.1(c), 4.2(b), or 4.4(b)(1) of the Alabama Rules of Civil Procedure.

**NOTICE TO:**

        **Mr. Brandon Blaze Everette**
        **622 W. Clinton Street**
        **Jackson, AL 36545**

This Complaint, which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a written answer, either admitting or denying each allegation in the Complaint to: **Atty. Robert H. Turner, Sr., TURNER and TURNER, P. O. Box 929, 417 Washington Street, Marion, AL 36756.**

        THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

**DATE ISSUED:** _____          _____
                                                                **CIRCUIT CLERK**
                                                                **CLARKE COUNTY, ALABAMA**

DOCUMENT 5

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| DENZELL JENKINS<br>    Plaintiff,<br><br>    vs.<br><br>BRANDON BLAZE EVERETTE,<br>City of Jackson Alabama, a Municipal<br>Corporation, Marion Brown,<br>individually and as agent and servant<br>of the City of Jackson, Alabama,<br>John Doe, Jane Doe fictitious parties<br>who are unknown but meaning any<br>party who struck plaintiff or tased<br>plaintiff on or about July 29, 2022 in<br>Clarke County, Alabama.<br>    Defendants. | ]<br>]<br>]<br>]   CASE NO.: CV-2023-<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## SUMMONS

Service by certified mail of this Summons is initiated upon the written request of Plaintiff's attorney pursuant to Rule 4.1(c), 4.2(b), or 4.4(b)(1) of the Alabama Rules of Civil Procedure.

    **NOTICE TO:**

> **City of Jackson**
> **A Municipal Corporation**
> **P. O. Box 1096**
> **400 Commerce Street**
> **Jackson, AL 36545**

This Complaint, which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a written answer, either admitting or denying each allegation in the Complaint to: **Atty. Robert H. Turner, Sr., TURNER and TURNER, P. O. Box 929, 417 Washington Street, Marion, AL 36756.**

    THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

**DATE ISSUED:** _____    _____

                                            **CIRCUIT CLERK**
                                            **CLARKE COUNTY, ALABAMA**

DOCUMENT 6

ELECTRONICALLY FILED
1/27/2023 2:31 PM
16-CV-2023-900008.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
SUMMER SCRUGGS PADGETT, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| DENZELL JENKINS ] | |
|     **Plaintiff,** ] | |
| ] | |
| **vs.** ] | **CASE NO.:  CV-2023-** |
| ] | |
| **BRANDON BLAZE EVERETTE,** ] | |
| **City of  Jackson Alabama, a Municipal** ] | |
| **Corporation, Marion Brown,** ] | |
| **individually and as agent and servant** ] | |
| **of the  City of Jackson, Alabama,** ] | |
| **John Doe, Jane Doe fictitious parties** ] | |
| **who are unknown but meaning any** ] | |
| **party who struck plaintiff or tased** ] | |
| **plaintiff on or about July 29, 2022 in** ] | |
| **Clarke County, Alabama.** ] | |
|     **Defendants.** ] | |

## SUMMONS

Service by certified mail of this Summons is initiated upon the written request of Plaintiff's attorney pursuant to Rule 4.1(c), 4.2(b), or 4.4(b)(1) of the Alabama Rules of Civil Procedure.

    **NOTICE TO:**

                **Officer Marion Brown**
                **Jackson Police Department**
                **350 Commerce Street**
                **Jackson, AL  36545**

    This Complaint, which is attached to this Summons is important and you must take immediate action to protect your rights.  You are required to mail or hand deliver a written answer, either admitting or denying each allegation in the Complaint to: **Atty. Robert H. Turner, Sr., TURNER and TURNER, P. O. Box 929, 417 Washington Street, Marion, AL 36756.**

    THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

**DATE ISSUED:** _____       _____

                                            **CIRCUIT CLERK**
                                            **CLARKE COUNTY, ALABAMA**



AlaFile E-Notice

16-CV-2023-900008.00

To:  ROBERT HENRY TURNER SR.
     rturneratty@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following complaint was FILED on 1/27/2023 2:31:21 PM

Notice Date:     1/27/2023 2:31:21 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2023-900008.00

To: CITY OF JACKSON
P O BOX 1096
400 COMMERCE ST
JACKSON, AL, 36545

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following complaint was FILED on 1/27/2023 2:31:21 PM

Notice Date:     1/27/2023 2:31:21 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2023-900008.00

To:  OFFICER MARION BROWN
JACKSON POLICE DEPT
350 COMMERCE ST
JACKSON, AL, 36545

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following complaint was FILED on 1/27/2023 2:31:21 PM

Notice Date:    1/27/2023 2:31:21 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363



**AlaFile E-Notice**

16-CV-2023-900008.00

To:  BRANDON BLAZE EVERETTE
622 W CLINTON ST
JACKSON, AL, 36545

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following complaint was FILED on 1/27/2023 2:31:21 PM

Notice Date:     1/27/2023 2:31:21 PM

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

DOCUMENT 8

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2023-900008.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### DENZELL JENKINS V. CITY OF JACKSON ET AL

**NOTICE TO:** CITY OF JACKSON, P O BOX 1096 400 COMMERCE ST, JACKSON, AL 36545

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT HENRY TURNER SR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 929, MARION, AL 36756

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENZELL JENKINS pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 01/27/2023 | /s/ SUMMER SCRUGGS PADGETT | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ ROBERT HENRY TURNER SR.
                                             *(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                                                              *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

| *(Name of Person Served)* | *(Name of County)* |

Alabama on _____.
              *(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>16-CV-2023-900008.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA**
**DENZELL JENKINS V. CITY OF JACKSON ET AL**

**NOTICE TO:** OFFICER MARION BROWN, JACKSON POLICE DEPT 350 COMMERCE ST, JACKSON, AL 36545

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ROBERT HENRY TURNER SR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 929, MARION, AL 36756

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of <u>DENZELL JENKINS</u>
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 01/27/2023 | /s/ SUMMER SCRUGGS PADGETT | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ ROBERT HENRY TURNER SR.
                                                *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
                                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                  *(Name of County)*

Alabama on _____ .
              *(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*              *(Address of Server)*

                                 _____          _____
                                 *(Server's Printed Name)*           *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>16-CV-2023-900008.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA
### DENZELL JENKINS V. CITY OF JACKSON ET AL

**NOTICE TO:** BRANDON BLAZE EVERETTE, 622 W CLINTON ST, JACKSON, AL 36545

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT HENRY TURNER SR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 929, MARION, AL 36756

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENZELL JENKINS pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 01/27/2023 | /s/ SUMMER SCRUGGS PADGETT | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ROBERT HENRY TURNER SR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                  *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____

*(Server's Printed Name)*        *(Phone Number of Server)*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery    $ _____

Postmark
Here

| Postage | |
| --- | --- |
| $ | |
| Total Postage and Fees | |
| $ | |

CV-23-61-8

Sent To  BRANDON BLAZE EVERETTE,

Street and Apt.  622 W CLINTON ST, JACKSON, AL 36545

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

CU-23-9-P

Postage

$

Total Postage and Fees

$

Sent To
OFFICER MARION BROWN, JACKSON POLICE DEPT

Street

City, State, 350 COMMERCE ST, JACKSON, AL 36545

PS Form **3800**, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## *Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

CV23-98

Sent To    CITY OF JACKSON,

Street ~~and Apt. No., or PO Box No.~~
P O BOX 1096 400 COMMERCE ST, JACKSON, AL 36545

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7022 0410 0000 3133 7118

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**OFFICER MARION BROWN**

**JACKSON POLICE DEPT**

**350 COMMERCE ST**

**JACKSON, AL 36545**



9590 9402 7104 1251 5205 23

2. Article Number *(Transfer from*

7022 0410 0003 3313 7101

*COMPLETE THIS SECTION ON DELIVERY*

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. Shelton    2-3-23

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

PO Box 95

CV-23-9-8    5

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**AlaFile E-Notice**

16-CV-2023-900008.00

Judge: C ROBERT MONTGOMERY

To:   TURNER ROBERT HENRY
      rturneratty@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following matter was served on 2/3/2023

D002 BROWN OFFICER MARION
Corresponding To
CERTIFIED MAIL

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363

SENDER: *COMPLETE THIS SECTION*

■ Complete Items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY OF JACKSON

P O BOX 1096

400 COMMERCE ST

JACKSON, AL 36545



9590 9402 7104 1251 5205 30

2. Article Number (Transfer from service label)

7022 0410 0003 3313 7118

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X W. Shelton
☑ Agent
☐ Addressee

B. Received by (Printed Name)
M. Shelton

C. Date of Delivery
2-3-23

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CV-23-9-8    5

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



**AlaFile E-Notice**

16-CV-2023-900008.00

Judge: C ROBERT MONTGOMERY

To:  TURNER ROBERT HENRY
rturneratty@bellsouth.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

DENZELL JENKINS V. CITY OF JACKSON ET AL
16-CV-2023-900008.00

The following matter was served on 2/3/2023

D001 CITY OF JACKSON
Corresponding To
CERTIFIED MAIL

SUMMER SCRUGGS PADGETT
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
P.O. BOX 921
GROVE HILL, AL, 36451

251-275-3363